UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NYDIA RIVERA,

      *Plaintiff,*

  *v.*

CROWELL & MORING LLP and
DIBE PEREZ,

      *Defendants.*

14 CV 2774 (TPG)

**AFFIDAVIT OF SERVICE**

------------------------------------------------------------x

I, Walsy K. Sáez, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18) years, a resident of the state of New York, and am not a party to the above-captioned action.

2. On April 18, 2014 at approximately 1:15 p.m., I served a true and correct copy of the Summons, Civil Cover Sheet, and Complaint in the above-captioned action upon James Kellett, Senior Partner, Crowell & Moring LLP, 590 Madison Avenue, 20th Floor, New York, New York 10022, who represented that he was authorized to accept served on behalf of Defendant Crowell & Moring LLP.

_____
Walsy K. Sáez

Sworn to before me April 18, 2014

_____
Notary Public

RONNIE SILVERBERG
Notary Public, State of New York
No. 02SI6022657
Qualified in New York County
Commission Expires April 5, 20 15